```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   REBECCA KAISER
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  YEVGENIY E. PROTSENKO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. No. 2:10-MJ-0132-KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| YEVGENIY E. PROTSENKO, | ) Date: July 19, 2010<br>) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for Yevgeniy Protsenko, that the Court vacate the court trial set for June 21, 2010 at 10:00 a.m. We respectfully request the court continue the trial to July 19, 2010 at 10:00 a.m.

   The parties request the continuance because the defense has

recently filed a supplemental discovery request and requires more time to investigate, prepare, and possibly negotiate a resolution.

Dated: June 18, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
YEVGENIY E. PROTSENKO

Dated: June 18, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Heiko Coppola for:
MATTHEW C. STEGMAN
Assistant United States Attorney

**O R D E R**

The Court orders the trial continued to July 19, 2010, at 10:00 a.m., before the Hon. Kimberly J. Mueller.

IT IS SO ORDERED.

Dated: June 18, 2010.

_____
U.S. MAGISTRATE JUDGE

Stipulation and Order                -2-